UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEROME PERKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-00959 ) Judge Trauger |
| RUSSELL WASHBURN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On January 31, 2022, the Magistrate Judge issued a Report and Recommendation (Doc No. 70), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendants CoreCivic, Inc., Sergeant Trangla Gross, Sergeant Keenan Lister, and Sergeant Jason Holmes (Doc. No. 53) is GRANTED, and all claims against these defendants are DISMISSED WITH PREJUDICE. The claims against defendant Grossman are DISMISSED WITHOUT PREJUDICE for failure to effect service under Federal Rule of Civil Procedure 4(m).

All claims having been disposed of in this case, the Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure and close this file.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE